UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINA MAZZONE-URIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK FSB, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-06075-EMC<br><br>**ORDER DENYING DEFENDANTS' MOTION TO LIFT STAY**<br><br>Docket No. 50 |

　　　The Court **DENIES** Defendants' motion to the extent they seek an immediate lifting of the stay. However, the Court notes that it intends to lift the stay as of the date of the mediation deadline, *i.e.*, February 26, 2024. *See* Docket No. 49 (order re mediation deadline). The Court advises Plaintiff that, although it is trying to locate a pro bono attorney to represent her at mediation, there is no guarantee that an attorney will be found. Thus, she should be prepared to attend the mediation representing herself.

　　　IT IS SO ORDERED.

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge