UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINA MAZZONE-URIE,<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK FSB, et al.,<br><br>Defendants. | Case No. 21-cv-06075-EMC (LJC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATE**<br><br>Re: ECF No. 64 |

The undersigned has received via email to her Courtroom Deputy Clerk a copy of a Notice of Bankruptcy Case Filing, entered on May 14, 2024 and filed on the same date, on behalf of debtor Floretina Rodriguez Mazzone-Urie. The case number for the bankruptcy proceeding is 24-30350. In light of the new bankruptcy case, and the automatic stay that applies to certain debt collection and other civil actions against the debtor and debtor's property, the settlement conference currently set for May 15, 2024 is VACATED. The undersigned has been informed that there is a mortgage foreclosure/loan mediation program that is offered in the bankruptcy court, and which may be available to the litigants. The Clerk is directed to email a copy of this Order to Ms. Mazzone-Urie and a courtesy copy to her bankruptcy attorney, Marc Voisenat at voisenat@gmail.com.

**IT IS SO ORDERED.**

Dated: May 14, 2024

LISA J. CISNEROS
United States Magistrate Judge