UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINA MAZZONE-URIE,<br><br>   Plaintiff,<br><br>   v.<br><br>ONEWEST BANK FSB, et al.,<br><br>   Defendants. | Case No.  3:21-cv-06075-EMC   (LJC)<br><br>**ORDER SETTING A SECOND SETTLEMENT CONFERENCE** |

   The Court hereby sets a second in-person settlement conference for November 6, 2024, at 9:30 a.m. at 450 Golden Gate Avenue, San Francisco, Courtroom G, 15th Floor. If the parties prefer to meet via Zoom they may contact to the Courtroom Deputy to make such a request.  The Court requires Defendants to submit the following documentation by October 23, 2024, to ljcsettlement@cand.uscourts.gov:

- Deed of Trust
- Any and all assignments of the Deed of Trust
- Substitutions of Trustee
- Notice of Default and Affidavit of Mailing
- Notice of Trustee's Sale and Affidavit of Mailing
- Any and all letters acknowledging receipt of any applications for a loan modification relating to the property and any related correspondence
- Loan
- Escrow Analysis Disclosures
- Loan Servicing Notes

   **IT IS SO ORDERED.**

Dated:  September 23, 2024

LISA J. CISNEROS
United States Magistrate Judge