UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINA MAZZONE-URIE,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK FSB, et al.,<br><br>    Defendants. | Case No. 21-cv-06075-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION**<br><br>Docket No. 89 |

Plaintiff's request for an extension is **GRANTED** in part and **DENIED** in part. Plaintiff shall have until October 24, 2024, to find counsel to represent her **and** have that counsel make an appearance in this Court.

If no counsel makes an appearance by that date, then Plaintiff shall litigate this case in her pro se capacity, and she will **not** be permitted to file an opposition to Defendant's motion to dismiss absent further Court order. (As the Court previously noted, it previously gave her two opportunities to file an opposition but she failed to do so. See Docket No. 86 (minutes).)

The parties shall now file a joint status report on October 31, 2024, instead of October 7, 2024.

IT IS SO ORDERED.

Dated: October 2, 2024

_____
EDWARD M. CHEN
United States District Judge