United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORENTINA MAZZONE-URIE,

Plaintiff,

v.

ONEWEST BANK FSB, et al.,

Defendants.

Case No. 21-cv-06075-EMC

**ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION, DATED OCTOBER 21, 2024**

The Court has received an email from Plaintiff in which she asks for a four-week extension of time to find counsel. The Court grants in part and denies in part the motion. Plaintiff now has until **November 7, 2024**, to find new counsel. As the Court previously stated, if no counsel makes an appearance by that date, then Plaintiff shall litigate this case in her pro se capacity, and she will not be permitted to file an opposition to Defendant's motion to dismiss absent further Court order. (As the Court previously noted, it previously gave her two opportunities to file an opposition but she failed to do so. *See* Docket No. 86 (minutes).) The parties shall now file a joint status report on **November 14, 2024**.

The Court also advises Plaintiff (as it has on multiple occasions) that she is not permitted to make requests for relief by emailing the Courtroom Deputy. Instead, she needs to file her

/ / /

/ / /

/ / /

/ / /

/ / /

requests for relief with the Clerk of the Court so that they become part of the Court record. The Court shall on this occasion, as a courtesy, file her email (in which she asked for an extension). However, Plaintiff is forewarned that the Court will not act on future requests for relief made by email.

**IT IS SO ORDERED**.

Dated: October 23, 2024

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California